IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Webb, Robert E | Case Number: 06 B 00421 |
|---|---|---|
| | Webb, Connie Y | Judge: Hollis, Pamela S |
| | Printed: 10/2/07 | Filed: 1/18/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: August 20, 2007
Confirmed: May 1, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 22,332.00 | |
| Secured: | | 19,219.25 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 1,112.75 |
| Other Funds: | | 0.00 |
| Totals: | 22,332.00 | 22,332.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin J O'Hearn | Administrative | 2,000.00 | 2,000.00 |
| 2. | US Bank | Secured | 0.00 | 0.00 |
| 3. | Capital One Auto Finance | Secured | 21,596.02 | 7,150.00 |
| 4. | Americredit Financial Ser Inc | Secured | 10,364.06 | 7,651.42 |
| 5. | US Bank | Secured | 20,894.89 | 4,417.83 |
| 6. | Americredit Financial Ser Inc | Unsecured | 14,527.62 | 0.00 |
| 7. | World Financial Network Nat'l | Unsecured | 250.42 | 0.00 |
| 8. | World Financial Network Nat'l | Unsecured | 293.99 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 4,389.07 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 1,119.24 | 0.00 |
| 11. | Capital One Auto Finance | Unsecured | 4,886.72 | 0.00 |
| 12. | Max Recovery Inc | Unsecured | 2,605.35 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 536.70 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 970.14 | 0.00 |
| 15. | Nicor Gas | Unsecured | 2,220.56 | 0.00 |
| 16. | Internal Revenue Service | Priority | | No Claim Filed |
| 17. | Internal Revenue Service | Priority | | No Claim Filed |
| 18. | Internal Revenue Service | Priority | | No Claim Filed |
| 19. | Capital One | Unsecured | | No Claim Filed |
| 20. | Capital One | Unsecured | | No Claim Filed |
| 21. | Capital One | Unsecured | | No Claim Filed |
| 22. | Fashion Bug | Unsecured | | No Claim Filed |
| 23. | Capital One Auto Finance | Unsecured | | No Claim Filed |
| 24. | Americredit Financial Ser Inc | Unsecured | | No Claim Filed |
| 25. | Horseshoe Casino Hammond Corp | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Webb, Robert E                          Case Number:  06 B 00421
        Webb, Connie Y                          Judge:  Hollis, Pamela S
        Printed:  10/2/07                          Filed:  1/18/06

                                                                       _____      _____
                                                          $ 86,654.78    $ 21,219.25

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------|
| 5.5%     | 165.07    |
| 5%       | 231.21    |
| 4.8%     | 621.54    |
| 5.4%     | 94.93     |
|          | _____ |
|          | $ 1,112.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

      Marilyn O. Marshall, Trustee, by:

      _Denise Ashley_____